UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

FRANK THON,

                Petitioner,

  - against -

LOUIS R. MARSHALL, Superintendent,
Sing Sing Correctional Facility,

                Respondent.

------------------------------------------X

08 Civ. 292 (RWS)

OPINION

**Sweet, D.J.**

      Petitioner Frank Thon ("Thon") has filed a motion to correct the record on appeal, pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B). No grounds for correction of the record having been established, Thon's motion is denied.

      It is so ordered.

**New York, NY**
**March 17, 2011**

ROBERT W. SWEET
U.S.D.J.

1